IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

The Steamship Trade Association of Baltimore, *
Inc.
         Plaintiff                    *

vs.                              *      Civil No.   WDQ 13-cv-01653

International Longshoremen's Association,  *
Local 333, AFL-CIO
         Defendant                 *

                                  ******

**ORDER**

Plaintiff having failed to serve the summons and complaint upon International Longshoremen's Association, Local 333, AFL-CIO within 120 days after the filing of the complaint, IT IS, this 16th day of October, 2013,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                    _____
                                                    William D. Quarles, Jr.
                                                    United States District Judge